1028

No. 96–345. GREENE ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–350. STARZENSKI ET AL. v. CITY OF ELKHART ET AL. Ct. App. Ind. Certiorari denied.

No. 96–353. GREEN v. PHOENIX INSTITUTE FOR RESEARCH & EDUCATION, LTD. Sup. Ct. Nev. Certiorari denied.

No. 96–389. LEONARD v. TOWN OF BRIMFIELD ET AL.; and
No. 96–605. TOWN OF BRIMFIELD ET AL. v. LEONARD. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–526. JOHNSON v. ZSCHACH. Sup. Ct. Ohio. Certiorari denied.

No. 96–530. KOREAN AIR LINES CO., LTD. v. FORMAN. C. A. D. C. Cir. Certiorari denied.

No. 96–536. H. J. HEINZ CO. ET AL. v. DAYHOFF, INC. C. A. 3d Cir. Certiorari denied.

No. 96–550. CHASE ET AL. v. LOCKHEED CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–554. SMILECARE DENTAL GROUP v. DELTA DENTAL PLAN OF CALIFORNIA, INC. C. A. 9th Cir. Certiorari denied.

No. 96–556. ARKANSAS v. BRADFORD. Sup. Ct. Ark. Certiorari denied.

No. 96–561. PLETZ v. THOENY ET UX. Ct. App. Wash. Certiorari denied.

No. 96–570. SORKIN ET AL. v. COUNTY OF SANTA CRUZ. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–574. HETZEL v. PRINCE WILLIAM COUNTY ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–579. REYNOLDS, DBA REYNOLDS FISHERIES, ET AL. v. BUCHHOLZER, DIRECTOR, OHIO DEPARTMENT OF NATURAL RESOURCES, ET AL. C. A. 6th Cir. Certiorari denied.